IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:15-cv-00016-RLV-DSC

| | |
|---|---|
| IDEAITALIA CONTEMPORARY FURNTITURE CORP. d/b/a IDEAITALIA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on Defendant's "MOTION SEEKING CLARIFICATION OF ORDER ENTERED FEBRUARY 4, 2016, OR IN THE ALTERNATIVE, MOTION TO MODIFY PRETRIAL ORDER AND CASE MANAGEMENT PLAN" filed May 25, 2016. For the reasons set forth therein, the Motion will be granted and all motions except motions in limine and motions to continue shall be filed not later than May 31, 2016.

**SO ORDERED.**

Signed: May 26, 2016

David S. Cayer
United States Magistrate Judge