IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:15-cv-00016-RLV-DSC

| | | |
|---|---|---|
| IDEAITALIA CONTEMPORARY FURNTITURE CORP. d/b/a IDEAITALIA, | ) ) ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Michael W. Duffy]." For the reasons set forth therein, the Motion will be granted.

**SO ORDERED.**

Signed: August 9, 2016

David S. Cayer
United States Magistrate Judge