# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15CV16-RLV-DCK

| | |
|---|---|
| IDEAITALIA CONTEMPORARY FURNITURE, CORPORATION, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SELECTIVE INSURANCE COMPANY OF AMERICA, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion to continue the trial from the September 12, 2016, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the September 12, 2016, trial term in the Statesville Division to the October 31, 2016, trial term in the Statesville Division.

Signed: August 11, 2016

Richard L. Voorhees
United States District Judge