# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| IDEAITALIA CONTEMPORARY FURNITURE CORP. d/b/a IDEAITALIA, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 5:15-cv-00016-RLV-DSC |
| vs. | ) ) | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2016 Order.

December 14, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court